STATE OF CONNECTICUT *v.* EMMET RIGGS

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 180, is denied.

*Nicholas P. Cardwell,* in support of the petition.

*Susan C. Marks,* in opposition.

Decided May 28, 1986

CLAUDIA EMERICK *v.* ROGER EMERICK

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 649, is dismissed.

*Roger Emerick,* pro se, in support of the petition.

Decided June 3, 1986

ROBERT B. REILLY, SR., CONSERVATOR (ESTATE OF ROBERT B. REILLY, JR.) *v.* CARL DIBIANCO, SR., ET AL.

The petition of the defendant Carl DiBianco, Jr., for certification for appeal from the Appellate Court, 6 Conn. App. 556, is denied.

*Roger J. Frechette,* in support of the petition.

Decided June 3, 1986

ROBERT B. REILLY, SR., CONSERVATOR (ESTATE OF ROBERT B. REILLY, JR.) *v.* CARL DIBIANCO, SR., ET AL.

The named defendant's petitions for certification for appeal from the Appellate Court, 6 Conn. App. 556, are denied.

*Paul E. Pollack,* in support of the petitions.

Decided June 3, 1986